

ORIGINAL

FILED

05/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0269

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0269

ALEXANDER KIM TORPPE,

Petitioner,

V.

ELEVENTH JUDICIAL DISTRICT COURT
FOR FLATHEAD COUNTY,
and Hon. HEIDI J. ULBRICHT, Presiding,

Respondent.

ORDER

Petitioner Alexander Kim Torppe, via counsel, seeks a writ of supervisory control directing the Eleventh Judicial District Court, Flathead County, to reverse an order denying Torppe's motion to dismiss in its Cause No. DC-17-645(C). Torppe alleges he is being illegally detained and subjected to forced medication and that the District Court is without jurisdiction over him. Torppe alleges supervisory control is necessary in this case.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Eleventh Judicial District Court and the State of Montana, or both, are granted until June 4, 2020, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eleventh Judicial District Court, Flathead County, Cause No. DC-17-645(C), and the Honorable Heidi J. Ulbricht, presiding.

Dated this 15th day of May, 2020.

_____
Justice